IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAMERON BELK SR., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD WATSON, TAMMY GRIME, SHAN COLLINS, WEXFORD HEALTH CARE SOURCES, INC., DENNIS P. LARSON, ARAMARK/ ARAMARK CORRECTIONAL SERVICES LLC, MARY ROBINSON-DAVIS, JANICE MCCARREN, DELANCY MOORE, MICHAEL BUJNAK, MELODY MURRY, RHONDA DUBONSE, and DEBORAH HALE, <br><br> Defendants. | Case No.19-cv-499-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to some matters, and the jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

- on Counts 2 and 3, in favor of defendant Larson as to plaintiff Belk's claims based on inadequate hypertension evaluation and treatment in violation of the Fourteenth Amendment;

- on Counts 2 and 3, in favor of plaintiff Belk and against defendant Larson in the amount of $32,000 for plaintiff Belk's claims based on inadequate testing, evaluation, and treatment of plaintiff Belk's stroke-related damage (including providing therapeutic aids and physical/occupational therapy) in violation of the Fourteenth Amendment;

- on Count 3 in favor of defendant Shan Collins; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Counts 1, 3 (against defendants Watson, Wexford, and Grime), 4, 5, 6, 7, 8, 9, and 10 of the Third Amended Complaint.

**DATED:   October 5, 2023**

**MONICA A. STUMP, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**