UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAMERON BELK, SR., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS P. LARSON, <br><br> Defendant. | Case No. 19-cv-499-JPG |

## JUDGMENT FOR ATTORNEY'S FEES AND COSTS

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Cameron Belk, Sr. is awarded attorney's fees in the amount of $48,000, $8,000 of which shall be charged against plaintiff Cameron Belk, Sr.'s $32,000 judgment in this case, leaving $40,000 to be charged against defendant Dr. Dennis P. Larson;

IT IS FURTHER ORDRDED AND ADJUDGED that costs are taxed against defendant Dr. Dennis P. Larson in the amount of $5,909.27.

**DATED:  March 21, 2024**                    MONICA A. STUMP, Clerk of Cour

                                              **s/Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**